UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60296-CIV-DIMITROULEAS

JORGE SARDINAS,

    Plaintiff,
v.

INFINITY AUTO INSURANCE COMPANY,

    Defendant.
_____/

## ORDER ON TRANSFER TO THE MIDDLE DISTRICT OF FLORIDA

THIS CAUSE is before the Court upon Defendant's February 13, 2020 Response [DE 48], in which they argue that the instant case should be transferred to Judge Berger in the Middle District of Florida pursuant to the "first-to-file" rule, in order that this case be coordinated with *Junior v. Infinity Auto Insur. Co.*, case no. 6:18-cv-1598-ORL-40-TBS (M.D. Fla.).  The Court previously transferred this case, under case number 19-cv-61369 to the Middle District of Florida on January 21, 2019.  On February 7, 2020, Judge Byron transferred the case back to the Southern District of Florida; it was assigned to Judge Rodney Smith[1].  On February 14, 2020, Judge Smith transferred the case to the undersigned.  On February 20, 2020, the undersigned conferred with Judge Berger.  Absent Judge Berger's accepting the case, it will remain before this Court.  The parties should proceed accordingly.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of February, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

---

[1] Perhaps, the Clerk should hsve reinstated the original case number, assigned to the undersigned judge.

1

Copies furnished to:
Counsel of Record