UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60296-CIV-DIMITROULEAS

JORGE SARDINAS,

    Plaintiff,
v.

INFINITY AUTO INSURANCE COMPANY,

    Defendant.
_____/

## NOTICE TO THE PARTIES

The Court provides notice to the parties that the undersigned and Judge Berger have conferred and agreed that the case will remain in the Southern District of Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of March, 2020.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record