UNITED STATES DISTRICT COURT
SOUTHRN DISTRICT OF FLORIDA

JORGE SARDINAS,                                  CASE NO.  20-60296-CIV-DIMITROULEAS

    Plaintiff,

vs.

INFINITY AUTO INSURANCE COMPANY,

    Defendant.
_____/

## ORDER REMANDING CASE TO STATE COURT

THIS CAUSE is before the Court upon the Plaintiff's Unopposed Motion for Remand [DE 70] (the "Motion"), filed herein on January 27, 2021. The Court has carefully considered the Motion [DE 70], the record in this case, notes that the Motion is agreed to, *see* [DE 72], and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 70] is hereby **GRANTED**;

2. The Clerk is directed to **REMAND** this case to the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County;

3. This Clerk is directed to **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND SIGNED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of February, 2021.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

cc:    counsel of record